IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID QUALLS**                                                                              **PLAINTIFF**

v.                        **CASE NO. 4:19-CV-00153 BSM**

**ARKANSAS FEDERAL CREDIT UNION**                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of December 2019.

                                                                    _____
                                                                  UNITED STATES DISTRICT JUDGE